UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WORLD WRESTLING FEDERATION ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>L. BRENT BOZELL, III, an individual; MEDIA RESEARCH CENTER, INC., a Virginia non-profit corporation, d/b/a Parents Television Council; PARENTS TELEVISION COUNCIL, INC., a Delaware non-profit Corporation; JAMES LEWIS, an Individual; MARK HONIG, an Individual; CYNTHIA DELORES TUCKER, an individual; and Various John and Jane Does,<br><br>Defendants. | CASE NO. 00-CIV-8616(DC)<br>(Southern District of New York)<br><br>CASE NO.: 01-7913 CIV Hurley<br>Magistrate Lynch |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
RICHARD L. ROSENBAUM'S MOTION TO STRIKE APPENDIX

For the reasons set forth in detail in its Motion to Seal, filed January 16, 2002, Plaintiff World Wrestling Federation Entertainment, Inc. ("WWFE") respectfully requests that the Court deny Richard L. Rosenbaum's "Motion to Strike Appendix" and, instead, as requested in WWFE's Motion to Seal place "under seal" Appendix Tab 11, the Presentence Investigation Report prepared in the case of *The State of Florida v. Lionel Tate*, which WWFE obtained from the public files of the Broward County Circuit Court on November 28, 2002.

PI-801962 v1 0149511-0963

Kirkpatrick & Lockhart LLP

Dated this 24th day of January, 2002.

                                         Respectfully submitted,

                                         **KIRKPATRICK & LOCKHART LLP**
                                         Attorneys for World Wrestling
                                            Federation Entertainment, Inc.
                                         Miami Center - 20th Floor
                                         201 S. Biscayne Boulevard
                                         Miami, Florida 33131
                                         Tel: (305) 539-3300
                                         Fax: (305) 358-7095

                                         By _____
                                              Daniel A. Casey
                                              FL Bar No. 327972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this ___ th day of January, 2002, via facsimile and United States mail, on the following counsel:

**Thomas A. Leghorn, Esquire**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017-5639

**Michael J. Quarequio, Esquire**
500 Southeast 6th Street, Suite 100
Fort Lauderdale, Florida 33301

**Robert R. Sparks, Jr., Esquire**
Herge, Sparks & Christopher, LLP
6862 Elm Street, Suite 360
McLean, VA 22101

**Stephen Zukoff, Esquire**
19 West Flagler Street, Suite 510
Miami, Florida 33130

**Robert C. Buschel**
Buschel, Carter, Schwartzreich & Yates
201 S.E. 8th Street
Fort Lauderdale, FL 33316

_____
Daniel A. Casey